PER CURIAM.
Affirmed. See Mendoza v. State, 700 So.2d 670, 675 (Fla.1997); Foster v. State, 679 So.2d 747, 752 (Fla.1996), cert. denied, — U.S.-, 117 S.Ct. 1259, 137 L.Ed.2d 338 (1997); Bryant v. State, 656 So.2d 426, 428 (Fla.1995); Penn v. State, 574 So.2d 1079, 1081 (Fla.1991); Lusk v. State, 446 So.2d 1038, 1041 (Fla.1984); see also State v. Ford, 626 So.2d 1338, 1347 (Fla.1993); Jones v. State, 580 So.2d 143, 145 (Fla.1991).